ANTONIE BOETTCHER, Appellant, *v.* VICTOR J. DOWLING et al., as Receivers of the INTERBOROUGH RAPID TRANSIT COMPANY, Respondents.

(Argued January 16, 1936; decided January 31, 1936.)

*Robert G. Sheller* and *Desmond T. Barry* for appellant.
*James Hess* and *James L. Quackenbush* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.